**EXHIBIT A**

**DEFENDANTS UBER TECHNOLOGIES, INC. AND RASIER, LLC'S**
**INDEX OF MATTERS BEING FILED**

| Exhibit | Description | Date |
|---|---|---|
| A-1 | State Court Docket Listing | |
| A-2 | Plaintiff's Original Petition | 11.04.25 |
| A-3 | Plaintiff's Request for Process on Rasier, LLC | 11.20.25 |
| A-4 | Plaintiff's Request for Process on Uber Technologies, Inc. | 11.20.25 |
| A-5 | Citation to Rasier, LLC | 01.22.26 |
| A-6 | Citation to Uber Technologies, Inc. | 01.22.26 |
| A-7 | Defendants Uber Technologies, Inc.'s and Rasier, LLC's Original Answer to Plaintiff's Original Petition | 02.12.26 |